UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA



Jeffery E. Mollohan    #3539475 DOC Reg.
                      #07152088 FBOP Reg.

*(Enter above the full name of the plaintiff or plaintiffs in this action).*    *(Inmate Reg. # of each Plaintiff)*

**VERSUS**    **CIVIL ACTION NO.** 2:21-cv-00300
*(Number to be assigned by Court)*

United States District Court
Southern District of
West Virginia.
Kanawha Co.

*(Enter above the full name of the defendant or defendants in this action)*

## COMPLAINT

**I.    Previous Lawsuits**

    A.    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

        Yes _____    No ✓_____

1

B.  If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

   1. Parties to this previous lawsuit:

      Plaintiffs: _____
      _____
      _____
      _____

      Defendants: _____
      _____
      _____
      _____

   2. Court (if federal court, name the district; if state court, name the county);

      _____
      _____

   3. Docket Number: _____

   4. Name of judge to whom case was assigned:

      _____

   5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

      _____
      _____

   6. Approximate date of filing lawsuit: _____

   7. Approximate date of disposition: _____

2

II. **Place of Present Confinement:** Salem Correctional Center

    A. Is there a prisoner grievance procedure in this institution?

        Yes ✓      No ____

    B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

        Yes ____      No ✓

    C. If you answer is YES:

        1. What steps did you take? _____

        2. What was the result? _____

    D. If your answer is NO, explain why not: My suit is for a previous Case out of Kanawha Co. that was dismissed.

III. **Parties**

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

    A. Name of Plaintiff: Jeffery E. Mollohan
       Address: Salem Correctional Center, 7 Industrial Blvd, Industrial WV 26426

    B. Additional Plaintiff(s) and Address(es): _____

3

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C. Defendant: United States District Court Southern District of West Virginia

is employed as: Southern District of West Virginia

at _____

D. Additional defendants: Kanawha Co.

## IV. Statement of Claim

State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I was charged in Kanawha Co. for prohibited person and later Indicted by the Southern District for unlawful transport of firearms. I was held for nearly 5 months without bond and my charges were dismissed.
Case # 2:19-cr-00142-1

4

**IV.    Statement of Claim (continued):**

**V.    Relief**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Financial Compensation for lose of liberty, attorney fees, and living expenses while incarcerated.

5

**V.** **Relief (continued)):**

_____
_____
_____
_____
_____
_____

**VII.** **Counsel**

  A. If someone other than a lawyer is assisting you in preparing this case, state the person's name:

  _____

  B. Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

  Yes ✓    No ____

  If so, state the name(s) and address(es) of each lawyer contacted:

  Manchin Law Group, 1543 Fairmont Ave. Suite 203 Fairmont, WV 26554
  KSKB 207 S. Walker St, Princeton, WV 24740

  If not, state your reasons: _____

  _____

  C. Have you previously had a lawyer representing you in a civil action in this court?

  Yes ____    No ✓

6

If so, state the lawyer's name and address:

_____

_____

Signed this __11__ day of __May_____, 20_21_.

_____*Jeff Mollohan*_____

_____

Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __May 11, 2021__.
            (Date)

_____*Jeff Mollohan*_____
Signature of Movant/Plaintiff

_____

Signature of Attorney
(if any)

7